IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01087-RBJ-MJW

LISA MOCK,
Plaintiff,

v.

AURORA RETIREMENT INVESTORS, LTD., d/b/a CHERRY CREEK RETIREMENT VILLAGE,
CENTURY PARK ASSOCIATES, and
AMERICAN LIFESTYLES, INC.
Defendants.

---

**ORDER RE: DEFENDANTS' *UNOPPOSED* MOTION TO AMEND CAPTION**
(Docket no. 30)

---

This matter is before the Court pursuant to Defendants' *Unopposed* Motion to Amend Caption. Having considered said Motion and being fully advised in the premises, the Court hereby finds that good cause exists for the relief requested. It is therefore

ORDERED that the motion is Granted and the caption for this case is amended to correctly identify the defendants as "Aurora Retirement, LLC d/b/a Cherry Creek Retirement Village" and "Century Park Associates, LLC."

Dated this 11th day of October, 2011.

By the Court:

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1