# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01087-RBJ-MJW

LISA MOCK,
Plaintiff,

v.

AURORA RETIREMENT, LLC d/b/a CHERRY CREEK RETIREMENT VILLAGE, and CENTURY PARK ASSOCIATES, LLC,
Defendants.

___

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
___

Pursuant to the **STIPULATED MOTION TO DISMISS WITH PREJUDICE** filed on December 12th, 2011, it is

**ORDERED** that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

**DATED** this 12th day of December, 2011.

BY THE COURT:

*/s/ Brooke Jackson*

R. Brooke Jackson
United States District Judge

1